AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| Jacobs Sanchez | )<br>)<br>) |
| *Plaintiff* | ) |
| v. | ) |
| Equifax Information Services, LLC and<br>Experian Information Solutions, Inc. | )<br>)<br>) |
| *Defendant* | ) |

15 CV 793

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Experian Information Solutions, Inc.
5 Century Drive
Parsippany, NJ

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adam G. Singer
Law Office of Adam G. Singer
1 Baker Lane
Suffern, NY 10901

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

FEB 0 3

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  15 CV 793

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Experian Information Solutions, Inc.

was received by me on *(date)*        03/24/2015        .

□  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

□  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑  I served the summons on *(name of individual)*    Jacob Norton (Security Guard)        , who is

designated by law to accept service of process on behalf of *(name of organization)*    Experian Information Solution

Inc. at 475 Anton Blvd., Costa Mesa, CA 92626    on *(date)*    03/24/2015    ; or

□  I returned the summons unexecuted because _____ ; or

□  Other *(specify):*


My fees are $    0.00    for travel and $    75.00    for services, for a total of $    75.00    .

I declare under penalty of perjury that this information is true.

Date:    03/24/2015

_____
*Server's signature*

Yvette Hemmens, Process Server for Orange County
*Printed name and title*

2151 Michelson Drive, Suite 295
Irvine, California 92612

_____
*Server's address*

Additional information regarding attempted service, etc: