UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JACOBS SANCHEZ,

      Plaintiff,

v.

                          Civil Action No. 1:15-cv-00793-CM

EQUIFAX INFORMATION SERVICES LLC and
EXPERIAN INFORMATION SOLUTIONS, INC.,

      Defendants.

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Defendant Equifax Information Services LLC submits the following Corporate Disclosure Statement:

Equifax Information Services LLC is a wholly-owned subsidiary of Equifax Inc., which is a publicly traded company.

Dated: April 1, 2015.        KING & SPALDING LLP

                                      By: <u>/s/ *Gregory Schneider*</u>
                                      Gregory Schneider
                                      King & Spalding LLP
                                      1185 Avenue of the Americas
                                      New York, NY 10036-4003
                                      Phone: (212) 556-2168
                                      Fax: (212) 556-2222
                                      gschneider@kslaw.com

                                      *Counsel for Defendant*
                                      *Equifax Information Services LLC*