Local Form 440 (12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

This summons for *(name of individual and title, if any)* Jacob Sanchez

was received by me on *(date)* 3/29/15 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Tricia Pickney , who is

designated by law to accept service of process on behalf of *(name of organization)* Equifax

Information Services llc on *(date)* 3/30/15 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 3/30/15

Jeanine Moral
_____
*Server's signature*

Jeanine Moore Process Server
_____
*Printed name and title*

925 Peachtree St Suite B
Atlanta Ga. 30309
_____
*Server's address*

Additional information regarding attempted service, etc:

Scanned by CamScanner